UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM LYNETTE HOUSTON,

    Plaintiff,

v.                                                                    Case No: 8:20-cv-782-T-36JSS

MANATEE COUNTY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on June 4, 2020 (Doc. 13). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Defendant Manatee County Area Transit's Notice of Special Appearance and Motion to Quash Service of Process (Dkt. 10) be granted; (2) The purported service of process upon Defendant (Dkt. 9) be quashed; (3) The Complaint (Dkt. 1) be dismissed without prejudice; (4) Plaintiff be granted leave to file an amended complaint within thirty (30) days of the order on the Report and Recommendation; and (5) Plaintiff be directed to serve the amended complaint within ninety (90) days of filing. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 13) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Manatee County Area Transit's Notice of Special Appearance and Motion to Quash Service of Process (Dkt. 10) is **GRANTED**.

(3) The purported service of process upon Defendant (Dkt. 9) is **QUASHED**.

(4) The Complaint (Dkt. 1) is **DISMISSED without prejudice**.

(5) Plaintiff is granted leave to file an amended complaint within **thirty (30) days** of the date of this Order. Failure to file an amended complaint within this time period will result in dismissal of this action without further notice.

(6) Plaintiff shall serve the amended complaint within **ninety (90) days** of its filing.

**DONE AND ORDERED** at Tampa, Florida on June 22, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record